IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



**FILED**
AUG 2 4 2008
Aug 24, 2008
JUDGE VIRGINIA M. KENDALL
07cv 6102 U.S DISTRICT COURT

| | |
|---|---|
| MARION McDANIEL GEORGE )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHICAGO POLICE OFFICERS DENNIS )<br>CONNELLY, STAR #1414, THOMAS )<br>McNICHOLAS, STAR #278, CHARLES )<br>LONG, STAR # 1171, ANTHONY GRANAT, )<br>STAR # 18571, RAYMOND WILKE III, )<br>STAR # 5310, DENNIS NOTO, STAR # 12816 )<br>)<br>Defendants. ) | No. 07 C 6102<br><br>Judge Kendall<br><br>Magistrate Judge Cole |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Louis Meyer
Attorney for plaintiffs,
Marion McDaniel George
Law Offices of Lawrence V. Jackowiak
20 N. Clark St., Suite 500
Chicago, Illinois 60602
(312) 795-9595
Attorney No. 6290221
DATE: 8/19/2008

Respectfully submitted,
CITY OF CHICAGO a Municipal
Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Mary S. McDonald
Assistant Corporation Counsel
Attorney for City of Chicago and
defendants,
Dennis Connelly, Thomas McNicholas,
Charles Long, Anthony Granat, Raymond
Wilke III, and Dennis Noto
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744- 8307
Attorney No. 06199995
Date: 8/20/08

08 C 618

7